**ADAMS v. METALS USA**

[360 N.C. 54 (2005)]

SAMPIE ADAMS, Employee v. METALS USA, Employer, AMERICAN HOME
ASSURANCE/AIG CLAIMS SERVICES, INC., Carrier

No. 156A05

(Filed 7 October 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 168 N.C. App. 469, 608 S.E.2d 357 (2005), affirming an opinion and award filed 19 September 2003 by the North Carolina Industrial Commission. Heard in the Supreme Court 13 September 2005.

*R. Steve Bowden & Associates, by Jarvis T. Harris, for plaintiff-appellee.*

*Robinson & Lawing, L.L.P., by Jolinda J. Babcock, for defendant-appellants.*

PER CURIAM.

AFFIRMED.